**B6C (Official Form 6C) (4/13)**

In re  Lisa N. Christopher                             ,                    Case No. 13-40674
                    Debtor                                               (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Household Furnishings** | **K.S.A. 60-2304(a)** | **$2000** | **$2000** |
| **Clothing** | **K.S.A. 60-2304(a)** | **$1000** | **$1000** |
| **Workers' Compensation** | **K.S.A. 44-514** | **$700/month** | **$700/month** |

*Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*